UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RANDALL LONG | § § § | |
| v. | § § | C.A. NO. C-05-401 |
| DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE- INSTITUTIONAL DIVISION | § § § § | |

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

On December 22, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 13). Objections were timely filed (D.E. 15). In his objections, petitioner requests an additional thirty days to respond to the Magistrate's recommendations. Petitioner has had over sixty days to supplement his objections and has so far failed to do so. Petitioner's request for any additional time is denied. Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge that the petitioner is time-barred from properly filing his petition. Petitioner filed his petition long after the one-year limitation period set by the Antiterrorism and Effective Death Penalty Act of 1996 had ended. 28 U.S.C. § 2244(d)(1).

Accordingly, defendant's motion to dismiss (D.E. 7) is granted. Petitioner's Certificate of Appealability is denied.

ORDERED this ____18____ day of ____March____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE